UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCOTT, an individual; BRENDA MCCOY, an individual; DOMINIQUE FERDINAND, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GATE GOURMET, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11033-CAS-JPRx<br><br>**[PROPOSED] JUDGMENT**<br><br>[Los Angeles Superior Court Case No. 20STCV41416]<br><br>Complaint Filed: October 27, 2020<br>Trial Date: None |

For the reasons stated in the Court's orders dated May 24, 2021 (ECF No. 41), Plaintiffs Charles Scott, Brenda McCoy and Dominique Ferdinand's First Amended Complaint is **DISMISSED with prejudice** and judgment is hereby entered in Defendant Gate Gourmet, Inc.'s favor against Plaintiffs, with costs to be taxed against Plaintiffs.

**SO ORDERED**, this 2nd day of June, 2021.

*Christina A. Snyder*

The Honorable Christina A. Snyder
U.S. District Court Judge

71113601v.1