# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

CHARLES SCOTT, et al.

v.

Case Number: 2:20-CV-11033-CAS-KPR

GATE GOURMET, INC.

Judgment was entered in this action on <u>06/02/2021</u> / <u>Dkt. 43</u> against <u>Plaintiffs</u> .
                         Date     Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | 402.00 |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | 5.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | 5.40 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | $412.40 |

**<u>NOTE</u>: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☒ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other _____

/s/ JIll A. Porcaro                                     Jill  A. Porcaro
Signature                                               Print Name

Attorney for: Defendant, GATE GOURMET, INC.

| Costs are taxed in the amount of | $412.40 | | |
|---|---|---|---|
| KIRY GRAY | By: R. MORALES | | 11/23/2021 |
| Clerk of Court | Deputy Clerk | | Date |

American LegalNet, Inc.
www.FormsWorkFlow.com

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

**BILL OF COSTS**

American LegalNet, Inc.
www.FormsWorkFlow.com

**From:**          do_not_reply@psc.uscourts.gov
**Sent:**          Friday, December 4, 2020 12:20 PM
**To:**            WeEfile3
**Subject:**       Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

  Account Number: 6304679
  Court: CALIFORNIA CENTRAL DISTRICT COURT
  Amount: $402.00
  Tracking Id: ACACDC-29358473
  Approval Code: 08675G
  Card Number: ************0958
  Date/Time: 12/04/2020 03:19:55 ET

NOTE: This is an automated message. Please do not reply

**Bernstein, Beth**

| | |
|---|---|
| **From:** | onlineServices@lacourt.org |
| **Sent:** | Thursday, December 3, 2020 1:32 PM |
| **To:** | Bernstein, Beth |
| **Subject:** | LASC Receipt for Online Services Transaction Case Document Images - 20STCV41416 |

**[EXT. Sender]**

This is an automated email. Please do not reply. Replies will not be read.

Your credit card statement will reflect a charge from L.A. Superior Court.

Your receipt number is 1201203J5722
The actual amount charged is indicated below.
Transaction Date: 12/03/2020 13:32:00
Credit Card Number: ...7867
Credit Card Type: MasterCard

Bill to:
Bernstein, Librarian
2029 Century Park East
Suite 3500
Los Angeles, CA 90067

Case Number: 20STCV41416
Case Name: CHARLES SCOTT, ET AL. VS GATE GOURMET, INC.
Case Type: CIVIL

Purchased Documents:
10/27/2020 - Civil Case Cover Sheet 1-6 (6 pages total) $5.40

Total: $5.40

Transaction Remarks: 20STCV41416

You may use the following link to retrieve the document purchased on this transaction
This link is valid for 30 days from the date of this receipt

https://www.lacourt.org/paonlineservices/reports/docslink.aspx?index=10315722!1201203J5722!bethann
[lacourt.org]